United States District Court
Southern District of Texas
**ENTERED**
May 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERTO ESTIVEN RIASCOS-CARDENAS, § § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 1:22-CV-110 |
| § | CRIMINAL ACTION NO. 1:21-CR-326-1 |
| UNITED STATES OF AMERICA § § | |
| Respondent. § | |

### ORDER

In August 2022, Petitioner Alberto Estiven Riascos-Cardenas moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, alleging that he received ineffective assistance of counsel in connection with his sentencing. ( Motion, Doc. 1)

The Magistrate Judge ordered the Government to file a response and held an evidentiary hearing. (*See* Order, Doc. 4; Order, Doc. 15) On April 19, 2023, the Magistrate Judge issued a Report and Recommendation, recommending that Riascos-Cardenas's Motion be denied as substantively meritless. (R&R, Doc. 28)

No party filed objections to the Report and Recommendation, and the Court finds no plain error within it. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 28). It is:

**ORDERED** that Petitioner Alberto Estiven Riascos-Cardenas's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1) is **DENIED** as meritless.

In addition, the Court finds that no outstanding issue would be debatable among jurists of reason, and that Riascos-Cardenas fails to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court **DENIES** a Certificate of Appealability.

The Clerk of Court is directed to close this matter.

Signed on May 25, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge